# ADOLFO SIXTO, Plaintiff,

## *v.*

# LAUREANO SARRIA, Defendant.

---

### RIGHT OF HEIR TO SUE.

1. In a suit by an heir to collect his share of a debt due his ancestor, it suffices for him to aver he is such heir.
2. Under the local law the heir may collect a debt coming to him by heirship from his ancestor.

November. 5, 1902.

---

*Mr. N. B. K. Pettingill,* attorney for plaintiff.

*Mr. T. D. Mott, Jr.,* attorney for defendant.

HOLT, Judge, delivered the following opinion:

It is claimed the declaration should aver a judicial declaration of the plaintiff as heir *ab intestato;* that thus only has he right of title. This is the ground of the demurrer. The plaintiff contends such declaration is not necessary to the right of the heir to sue; but even if so, it is a matter of evidence; need not be averred in pleading; and it is only necessary to aver he is the heir.

It would seem that by the local procedure a judge may, in his discretion, make a judicial designation of heirship *ab in-*

Sixto v. Sarria.

*testato,* or leave the parties to an ordinary action. Whatever this provision and various others relative thereto may mean, it is averred that the plaintiff is the heir of the party to whom the debt was owing; and as such heir, having become entitled to half of it, the defendant promised to pay it to him. Under the local law the heir has the right to collect a debt coming to him by heirship from his ancestor. The averments of the declaration are to be taken as true upon demurrer; and it is overruled.